UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    S1 15cr0042 (DLC)
                                          :
              -v-                         :    ORDER
                                          :
SIMEON FRITH,                             :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report. Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

   IT IS HEREBY ORDERED that sentencing is scheduled for **July 31, 2020** at **10 a.m.**

   IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **July 17** and the defendant's submission shall be due **July 24**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:   New York, New York
         April 30, 2020

                               _____
                                      DENISE COTE
                               United States District Judge