```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      15cr0042 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
SIMEON FRITH,                            :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the following documents shall be unsealed and docketed in the public record:

<u>Sealing envelope #16</u>: Designation Sheets, defendant's Information Sheet; waivers of Indictment form, and the Superseding Information S1 15 Cr. 0042.  All other previously sealed documents shall remain sealed.

Dated:     New York, New York
           May 22, 2020

                              _____
                                    DENISE COTE
                              United States District Judge