```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
             -v-                         :      15cr042 (DLC)
                                         :
 SIMEON FRITH,                           :         ORDER
                          Defendant.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    An Order of June 24, 2020 scheduled the sentencing of the defendant to occur on July 30, 2020 at 11:00 a.m.  In two letters of July 17 defense counsel requests an adjournment of the July 30 sentencing.  On July 17, defense counsel also confirmed with this Court's Chambers that the defendant would prefer to be sentenced in an in-court proceeding, but would consent to proceed via a videoconference proceeding in the event an in-person proceeding is not available.  The defendant seeks as short a delay in his sentencing as possible, and the Court stands ready to accommodate that request and to proceed with sentencing as soon as counsel are prepared for it to proceed.  Accordingly, it is hereby

    ORDERED that the July 30 sentencing is adjourned to Friday, **August 7, 2020** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their

temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**: https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that defense counsel must advise the Court by **July 24, 2020,** whether there is an expectation that more than **ten** spectators will attend the sentencing.  The parties must advise the Court by the same date whether there is an expectation that more than **three** individuals will be seated at counsel's tables.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

IT IS FURTHER ORDERED that the Government's sentencing

submission is due **July 24, 2020**; the defendant's sentencing submission is due **July 31, 2020**.

Dated:   New York, New York
         July 20, 2020

                              _____
                                    DENISE COTE
                              United States District Judge