```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
 UNITED STATES OF AMERICA,                 :
                                           :
                -v-                        :       15cr042 (DLC)
                                           :
 SIMEON FRITH,                             :          ORDER
                          Defendant.       :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

By sealed letter of July 22, 2020, the Government requested that the two Assistant United States Attorneys representing the Government in this case be permitted to participate telephonically in the in-person sentencing scheduled for Friday, August 7, 2020 at 10:00 a.m.  Defense counsel consents to the Government's request.

Accordingly, it is hereby

ORDERED that the Government's request is granted.  The two Assistant United States Attorneys may participate telephonically in the in-person sentencing proceeding.

IT IS FURTHER ORDERED that another Assistant United States Attorney with familiarity with this case is required to be present in person at the sentencing.  The Government shall

promptly identify who will be attending the in person sentencing on behalf of the Government.

Dated:   New York, New York
         July 22, 2020

```
                              _____
                                      DENISE COTE
                              United States District Judge
```