```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    S1 15CR42 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
SIMEON FRITH,                            :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the conference regarding specifications of violation of supervised release scheduled for August 6, 2021 is adjourned to **August 19, 2021** at **12:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
           August 5, 2021

                            _____
                                 DENISE COTE
                     United States District Judge