```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    S1 15CR42 (DLC)
                                        :
        -v-                             :         ORDER
                                        :
SIMEON FRITH,                           :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that C.J.A. attorney John Zach is reappointed to represent the defendant Simeon Frith for the violation of supervised release in this action.

Dated:    New York, New York
           August 5, 2021

                                        _____
                                           DENISE COTE
                                    United States District Judge