```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
               -v-                     :        15cr42 (DLC)
                                       :
SIMEON FRITH,                          :        ORDER
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the defendant appear on specifications of violation of supervised release in person in Courtroom 18B, 500 Pearl Street, on **September 30, 2021** at **2:30 PM.**

Dated:    New York, New York
          September 29, 2021

                                              _____
                                                       DENISE COTE
                                              United States District Judge