UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                     :

UNITED STATES OF AMERICA,       :      15cr42 (DLC)
                                     :

          -v-               :        ORDER

SIMEON FRITH,                   :

               Defendant.      :

-----------------------------------------X

DENISE COTE, District Judge:

    For the reasons set forth on the record on September 30,

2021, it is hereby

    ORDERED that the defendant Simeon Frith (D.O.B. 1/17/1993)

is remanded to the custody of the United States Marshal's

Service.

Dated:    New York, New York
           September 30, 2021

                           _____
                             DENISE COTE
                United States District Judge