UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
:
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
- v. -                           :
                                 :
SIMEON FRITH,                    :   15 Cr. 0042 (DLC)
                                 :
       Defendant.                :
                                 :
---------------------------------x

WHEREAS, a hearing has been set by this Court for October 21, 2021, concerning reported violations of the conditions of supervised release by the defendant, Simeon Frith;

AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Simeon Frith, including travel records, so as to prepare for the conference and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Simeon Frith to Assistant United States Attorney Camille L. Fletcher for her review.

SO ORDERED:

Dated:   October __13__, 2021
         New York, New York

                                          _____
                                          THE HONORABLE DENISE COTE
                                          United States District Judge