```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
   UNITED STATES OF AMERICA,           :    15cr42 (DLC)
                                       :
                -v-                    :    ORDER
                                       :
   SIMEON FRITH,                       :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the Government's request to adjourn the hearing regarding violations of supervised release is granted. The hearing is adjourned to November 2, 2021 at 10:00 AM.

Dated:  New York, New York
        October 20, 2021

                                    _____
                                         DENISE COTE
                                 United States District Judge