```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  UNITED STATES OF AMERICA,              :     15cr42 (DLC)
                                         :
              -v-                        :     ORDER
                                         :
  SIMEON FRITH,                          :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On October 28, 2021, the Government submitted a letter in response to an October 25 letter filed by defendant's counsel. It is hereby

    ORDERED that the request to seal the Government's October 28 letter is granted.

Dated:    New York, New York
           October 28, 2021

                                      _____
                                         DENISE COTE
                              United States District Judge