```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
 UNITED STATES OF AMERICA,            :
                                      :
               -v-                    :          15cr42 (DLC)
                                      :
 SIMEON FRITH,                        :              ORDER
                                      :
                       Defendant.     :
                                      :
--------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled for a hearing regarding specifications of violation of supervised release in person in **Courtroom 18C,** 500 Pearl Street, on **November 2, 2021** at **10:00 AM.** In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear a mask that covers their nose and mouth in the courthouses. Bandannas, gaiters and masks with valves are prohibited.

Dated:     New York, New York
           October 28, 2021

_____
DENISE COTE
United States District Judge