```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :        15cr42 (DLC)
                                     :
          -v-                        :        ORDER
                                     :
SIMEON FRITH,                        :
                                     :
               Defendant.            :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Through a letter dated November 27, 2023 and received on December 5, Simeon Frith expresses concern about his safe release to a halfway house ("RRC") in New York. He seeks designation to a RRC in New Jersey. The Government has learned that Frith's prior defense counsel are no longer available to assist Frith. Accordingly, it is hereby

ORDERED that the Government shall contact the Bureau of Prisons and provide it with relevant information to assist the BOP in making the appropriate designation of an RRC for Frith.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of the Order to the defendant at USP Coleman and note service on the docket.

Dated:   New York, New York
         January 17, 2024

                                       _____
                                               DENISE COTE
                                       United States District Judge