```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :        15cr42 (DLC)
                                          :
SIMEON FRITH,                             :        ORDER
                      Defendant.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference is scheduled in this matter for November 20, 2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         November 17, 2025

                                    _____
                                              DENISE COTE
                                    United States District Judge