```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :   15cr42 (DLC)
                                          :
SIMEON FRITH,                             :   ORDER
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled in this matter for November 20, 2025 is moved to 12:00 PM on the same date in Courtroom 18B, 500 Pearl Street.

Dated:  New York, New York
        November 20, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge