UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                                          :       15cr42 (DLC)
          -v-                             :
                                          :       ORDER
SIMEON FRITH,                             :
                                          :
               Defendant.                 :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that on-duty C.J.A. counsel Kristen

Santillo is appointed to represent the defendant in this matter.

Dated:    New York, New York
          November 20, 2025


                         _____
                              DENISE COTE
                         United States District Judge